# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Carl Lorinzo Capers,

    Plaintiff(s),                 JUDGMENT IN A CIVIL CASE

vs.                                      3:10cv225

(FNU) Preston, et al,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 5/19/2010 Order.

                                         Signed: May 19, 2010

                                         Frank G. Johns, Clerk
                                         United States District Court